IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED OCT 1 2 2012

| | | |
|---|---|---|
| MAURICE EVERETT,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL WENEROWICZ, et al.,<br>Respondents. | : | NO. 12-140 |

**ORDER**

JOEL H. SLOMSKY, J.

AND NOW, this 12th day of October, 2012, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

ENTERED
OCT 1 2 2012
CLERK OF COURT

*Joel Slomsky*
JOEL H. SLOMSKY, J.